911 F.2d 721
 Canfield (Robert A.), Trustee for Linwood R.T. Garrett & Company
v.
Garrett (Linwood R.T.), Hanover County, City of Richmond,
State of Virginia, Dept. of Taxation, High Mileage Tire Co.,
Inc., Steel Services, Glamorgan Pipe & Foundry Co., Buhrman
& Sons, Inc., Producers Cooperative, Inc., Strickland
Foundry & Machine Co., Inc., Vulcan Materials Co., R. Stuart
Royer & Associates, First & Merchants National Bank, n/k/a Sovran Bank
 NO. 90-1415
 United States Court of Appeals,
Fourth Circuit.
 JUL 26, 1990
 
 1
 Appeal From: E.D.Va.
 
 
 2
 AFFIRMED.